UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. BAUGHMAN, et al.,<br><br>        Defendants. | Case No.:1:19-cv-01459-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Ronald F. Martinez is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

Within **45 days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: **October 18, 2019**                  **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE