UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. BAUGHMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER DENYING MOTION AS MOOT**<br><br>(Doc. 14) |

On February 14, 2020, Plaintiff filed a motion "to withdraw[] his consent of the District Court Judge … jurisdiction for Plaintiff['s] option to consent and proceed before the … Magistrate … Judge … pursuant [to] … 28 U.S.C. § 636(c)." (Doc. 14.) The Court notes that a party may not "withdraw" his consent to jurisdiction of a district judge; such jurisdiction is afforded with or without consent, depending on the nature of the action. *See, e.g.*, 28 U.S.C. §§ 1330-1332. However, as Plaintiff suggests, a party may consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). It appears that affording such consent is Plaintiff's intention in filing the present motion. (*See* Doc. 14.)

///

///

///

///

1   On March 9, 2020, Plaintiff filed a consent/decline form regarding magistrate judge jurisdiction. (Doc. 15.) Thus, Plaintiff's motion (Doc. 14) is now moot. Accordingly, the Court DENIES the motion.

IT IS SO ORDERED.

   Dated:   **April 16, 2020**                    **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE