1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    RONALD F. MARTINEZ,                    Case No. 1:19-cv-01459-DAD-JLT (PC)

12                 Plaintiff,                **FINDINGS AND RECOMMENDATIONS
                                             TO DISMISS DEFENDANTS AND STATE-
13         v.                                LAW CLAIM**

14    D. BAUGHMAN, et al.,                   14-DAY DEADLINE

15                 Defendants.

16

17         On April 20, 2020, the Court screened Plaintiff's complaint and found that it states

18   cognizable Eighth and Fourteenth Amendment claims against the defendants except M. Voong

19   and L. Warren. (Doc. 18.) The Court further found that Plaintiff's state-law claim of intentional

20   infliction of emotional distress is not cognizable. (*Id.*) The Court therefore directed Plaintiff to

21   file a first amended complaint curing the deficiencies identified in its order or notify the Court

22   that he wishes to proceed only on the claims found cognizable. (*Id.*)

23         Plaintiff has filed a notice "that he wishes to proceed only on the claims found cognizable:

24   Eighth Amendment cruel and unusual punishment claim and Fourteenth Amendment Equal

25   Protection claims … and … dismiss Voong and Warren as defendants." (Doc. 19.) Accordingly,

26   and for the reasons set forth in the Court's screening order (Doc. 18), the Court RECOMMENDS

27   that:

28              1.   Defendants Voong and Warren be DISMISSED; and,

2. Plaintiff's state-law claim of intentional infliction of emotional distress (Claim III of the complaint) be DISMISSED.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   __**May 4, 2020**__                          _____**/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

2