UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>D. BAUGHMAN, et al.,<br><br>Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER FOR CDCR TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 21)<br><br>14-DAY DEADLINE |

On May 4, 2020, the Court issued an order finding service of Plaintiff's complaint to be appropriate and directing e-service on nine defendants. (Doc. 21.) The Court directed the California Department of Corrections and Rehabilitation, within 40 days, to file with the Court a "'CDCR Notice of E-Service Waiver,' advising if the defendants waive service of process without need for personal service by the United States Marshal." (*Id.* at 2-3.) Although more than 40 days have passed, CDCR has not filed the notice or otherwise responded to the order.

Accordingly, CDCR shall show cause, within 14 days, why sanctions should not be imposed for failure to comply with the Court's order. The Court directs the Clerk of the Court to serve this order via email on CDCR and Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated: **June 18, 2020**          /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE