UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>     Plaintiff,<br><br>     v.<br><br>D. BAUGHMAN, et al.,<br><br>     Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 23) |

On June 18, 2020, the Court issued an order to show cause regarding the failure of the California Department of Corrections and Rehabilitation to file a "Notice of E-Service Waiver" within the time provided by the Court. (Doc. 23.) CDCR filed a Notice of E-Service Waiver on June 22, 2020. (Doc. 24.) The California Attorney General's Office subsequently responded to the order to show cause on behalf of CDCR. (Doc. 26.) Upon review of the response and in light of CDCR's filing of the notice, the Court discharges the order to show cause.

IT IS SO ORDERED.

    Dated:   **July 1, 2020**                         **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE