UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>D. BAUGHMAN, et al.,<br><br>           Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE WAIVERS OF SERVICE**<br><br>(Doc. 31) |

Counsel in the California Attorney General's Office, by special appearance, requests a 30-day extension of time for Defendants Alfaro, Clark, Goss, Juarez, Gallaghar, and Llamas to file waivers of service of process. (Doc. 31.) The deadline for these defendants to file executed waivers of service is July 22, 2020.[1] (*See* Docs. 21, 24.) Good cause appearing, the Court GRANTS the request. Defendants Alfaro, Clark, Goss, Juarez, Gallaghar, and Llamas shall have 30 days from the date of service of this order to file executed waivers of service.

IT IS SO ORDERED.

    Dated:   **July 22, 2020**                          /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Jaime filed an executed waiver of service on July 17, 2020. (Doc. 30.) CDCR previously filed a notice of intent to not waive service on behalf of Defendants Baughman and Hence. (Doc. 25.) Defendant Hence was personally served by the United States Marshal Service on July 8, 2020. (Doc. 29.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28