UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>D. BAUGHMAN, et al.,<br><br>  Defendants. | No. 1:19-cv-01459-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 20) |

Plaintiff Ronald F. Martinez is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2020, the assigned magistrate judge issued a screening order in which plaintiff's Eighth and Fourteenth Amendment claims were found to be cognizable. (Doc. No. 18.) However, the screening order also found that plaintiff's claims against defendants Voong and Warren and his intentional infliction of emotional distress claim were not cognizable. (*Id.*) The magistrate judge directed plaintiff to either file a first amended complaint attempting to cure the deficiencies in his pleading noted by the screening order or to notify the court of his desire to proceed only on the claims found to be cognizable by the screening order. (*Id.* at 10–11.) On May 1, 2020, plaintiff notified the court of his intention to proceed only on the claims found cognizable and to dismiss Voong and Warren as defendants from this action. (Doc. No. 19.)

1

      Accordingly, on May 4, 2020, the magistrate judge issued findings and recommendations, recommending that defendants Voong and Warren be dismissed as defendants from this action, and that plaintiff's intentional infliction of emotional distress claim be dismissed as well. (Doc. No. 20.) The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed objections and the time do so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

      Accordingly,

1. The findings and recommendations issued on May 4, 2020 (Doc. No. 20) are adopted in full;
2. Defendants Voong and Warren are dismissed from this action;
3. Plaintiff's state law claim of intentional infliction of emotional distress is dismissed; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 11, 2020**                              /s/ Dale A. Drozd
                                                     UNITED STATES DISTRICT JUDGE