UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. BAUGHMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS FOR EXTENSIONS OF TIME**<br><br>(Docs. 41, 42) |

　　Defendants request a one-week extension of time to file an opposition to Plaintiff's pending motion for a preliminary injunction. (Doc. 41.) Defendants also request a one-month extension of time to file a responsive pleading to Plaintiff's complaint. (Doc. 42.) The deadline for both is September 11, 2020.

　　Good cause appearing, the Court GRANTS Defendants' motions. Defendants shall respond to Plaintiff's motion for a preliminary injunction by September 18, 2020, and to Plaintiff's complaint by October 12, 2020.

IT IS SO ORDERED.

　　Dated:　**September 11, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE