UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BAUGHMAN, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO STAY PROCEEDINGS**<br><br>(Doc. 46) |

Defendants request a stay of 30 days to allow the parties to explore a possible settlement. (Doc. 46 at 2.) Plaintiff does not oppose the stay. (*Id.* at 2, 3.) Good cause appearing, the Court GRANTS Defendants' request and STAYS the proceedings in this matter for 30 days.

IT IS SO ORDERED.

   Dated:   **October 8, 2020**                       **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE