UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>D. BAUGHMAN, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST TO STAY PROCEEDINGS**<br><br>(Doc. 50) |

On October 8, 2020, the Court granted Defendants' request for a 30-day stay to allow the parties an opportunity to explore a possible settlement. (Doc. 47.) Defendants request a second, brief stay until November 23, 2020, to determine whether a settlement conference would be beneficial. (Doc. 50.) Good cause appearing, the Court GRANTS Defendants' request and STAYS the proceedings in this matter until November 23, 2020. If the parties do not agree to a settlement conference, the Court will reset, as appropriate, the deadlines for Defendants' responsive pleading and Plaintiff's reply, if any, to Defendants' opposition to Plaintiff's pending motion for a preliminary injunction.

IT IS SO ORDERED.

   Dated:   **November 17, 2020**            **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE