UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BAUGHMAN, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER EXTENDING STAY** |

The Court has learned that the defendants are amenable to a settlement conference in this case, but they have not heard whether the plaintiff is willing to participate in a settlement conference. The Court will extend the stay currently in place until December 30, 2020. By that date the defense will confirm whether the plaintiff wishes a settlement conference and contact the ADR Coordinator, Sujean Park, to schedule a settlement conference. Absent extraordinary circumstances, however, the Court does not anticipate extending the stay beyond December 30, 2020.

IT IS SO ORDERED.

Dated: __November 23, 2020__         __/s/ Jennifer L. Thurston__
                                     UNITED STATES MAGISTRATE JUDGE