1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD F. MARTINEZ,                    Case No. 1:19-cv-01459-DAD-JLT (PC)

12              Plaintiff,                  **ORDER GRANTING PLAINTIFF'S**
                                            **MOTION TO WITHDRAW MOTION**
13        v.                                **FOR PRELIMINARY INJUNCTION**

14   D. BAUGHMAN, et al.,                   (Docs. 11, 61)

15              Defendants.

16

17        Pursuant to the Court's March 3, 2021 order (Doc. 60), Plaintiff moves to withdraw his

18   pending motion for summary judgment. (Doc. 61.) Plaintiff's motion (Doc. 61) is GRANTED,

19   and his motion for a preliminary injunction (Doc. 11) is WITHDRAWN.

20
     IT IS SO ORDERED.
21

22     Dated:   __**March 23, 2021**__            _____/s/ Jennifer L. Thurston__
                                                  UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28