UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>D. BAUGHMAN, et al.,<br><br>          Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY RESPONSIVE PLEADING DEADLINE**<br><br>(Doc. 65) |

On March 3, 2021, the Court issued an order directing Defendants to file a responsive pleading to Plaintiff's complaint within 30 days. (Doc. 60.) On April 1, 2021, Defendants filed a motion to dismiss this action under 28 U.S.C. § 1915(e)(2)(A). (Doc. 63.) Because Defendants did not raise their motion under Federal Rule of Civil Procedure 12(b), they request that the Court stay the responsive pleading deadline until it rules on their motion to dismiss. (Doc. 65.) The Court finds good cause to grant Defendants' request. Accordingly, Defendants' motion is GRANTED, and the current responsive pleading deadline is VACATED. If the Court denies Defendants' motion to dismiss, Defendants shall file their responsive pleading to Plaintiff's complaint within 30 days of the service of the order of denial.

IT IS SO ORDERED.

Dated:   **April 5, 2021**          _/s/ Jennifer L. Thurston_
                              CHIEF UNITED STATES MAGISTRATE JUDGE