1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

11   RONALD F. MARTINEZ,                  Case No. 1:19-cv-01459-DAD-JLT (PC)

12              Plaintiff,                 **ORDER GRANTING PLAINTIFF'S
                                           MOTION FOR CLARIFICATION**
13        v.
                                           (Doc. 67)
14   D. BAUGHMAN, et al.,

15              Defendants.

16

17        Plaintiff requests clarification regarding the Court's March 23, 2021 order. (Doc. 67.) The

18   Court GRANTS Plaintiff's request. The March 23, 2021 order (Doc. 62) withdrew Plaintiff's

19   then-pending motion for a preliminary injunction (Doc. 11) only. The reference to a "motion for

20   summary judgment" was error; the Court recognizes that Plaintiff has not filed a motion for

21   summary judgment in this action.

22

23   IT IS SO ORDERED.

24       Dated:   **April 7, 2021**              **/s/ Jennifer L. Thurston**
                                           CHIEF UNITED STATES MAGISTRATE JUDGE
25

26

27

28