UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>D. BAUGHMAN, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01459-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF**<br><br>(Doc. 69) |

On April 1, 2021, Defendants filed a motion to dismiss this action. (Doc. 63.) On April 2, 2021, Defendants filed a motion to stay the responsive pleading deadline until after the Court rules on their motion to dismiss. (Doc. 65.) On April 6, 2021, the Court granted the latter motion and continued the responsive pleading deadline. (Doc. 66.)

On April 14, 2021, Plaintiff filed a motion requesting that the Court set a deadline for him to oppose Defendants' motion to stay the responsive pleading deadline. (Doc. 69.) Because the Court already granted Defendants' motion, the Court DENIES Plaintiff's motion as moot.[1]

Plaintiff also requests that the Court send him a copy of Defendants' motion to dismiss, since he had not received it as of April 6, 2021. (*Id.* at 2.) Because only five days elapsed between

---

[1] Unless the Court orders otherwise, the deadline for a party to file an opposition or a statement of non-opposition to a motion is generally 21 days after the motion's date of service. Local Rule 230(l). The deadline for the moving party to file a reply to a non-moving party's opposition is generally 7 days. *Id.* In this case, the Court did not find an opposition or a statement of non-opposition to be necessary in ruling on Defendants' motion to stay the responsive pleading deadline.

the date on which Defendants served their motion to dismiss on Plaintiff, and the date on which Plaintiff submitted the present motion (*compare* Doc. 63-2 *with* Doc. 69 at 4), the Court does not find adequate justification to grant this request. The Court therefore DENIES the motion. If Plaintiff does not receive Defendants' motion to dismiss with sufficient time to draft a response, then he may file a motion requesting an extension of time.

IT IS SO ORDERED.

    Dated: __**April 15, 2021**__            _____**/s/ Jennifer L. Thurston**_____
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE