UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>BAUGHMAN, *et al.*,<br><br>Defendants. | No. 1:19-cv-01459-ADA-BAK (BAM) (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. No. 76) |

Plaintiff Ronald F. Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2021, the then-assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss this case, with prejudice, be granted. (Doc. No. 76.) The findings and recommendations were served on the parties, and contained notice that any objections were to be filed within twenty-one (21) days. (*Id.*) Following an extension of time, plaintiff's objections were due on or before February 18, 2022. (Doc. No. 80.) Plaintiff filed objections on February 7, 2022.[1] (Doc. No. 81.) Defendants filed a

---

[1] On January 3, 2022, plaintiff also filed a "Motion for Notice of Erratum on Complaint and Request for Correction by Court Clerk." (Doc. No. 78.) However, this motion appears to be mis-filed in this action, as it refers to a clerical error in *Martinez v. Parks*, Case No. 1:21-cv-01496-BAK.

1

response to Plaintiff's objections on February 22, 2022. (Doc. No. 82.)

The court finds no basis to overturn the findings and recommendations because Plaintiff's objections, including his case illustrations and analogies, are unavailing. (*See* Doc. No. 81.) Plaintiff acted in bad faith when he misrepresented his financial information on his application for *in forma pauperis* status, which requires that this case must be dismissed with prejudice. (Doc. No. 76.)

In accordance with 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 15, 2021, (Doc. No. 76), are adopted in full;
2. Defendants' motion to dismiss, (Doc. No. 63), is granted;
3. This action is dismissed, with prejudice; and
4. The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   September 2, 2022

UNITED STATES DISTRICT JUDGE

2